ACCEPTED
09-15-00049-CR - Jordan Campbell v. State of Texas
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/25/2015 5:22:14 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00049-CR

| | | |
|---|---|---|
| **JORDAN CAMPBELL** | § | **IN THE COURT OF APPEALS** |
| | § | |
| **VS.** | § | **FIRST JUDICIAL DISTRICT** |
| | § | |
| **THE STATE OF TEXAS** | § | **HOUSTON, TEXAS** |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/25/2015 5:22:14 PM
CHRISTOPHER A. PRINE
Clerk

### MOTION FOR EXTENSION OF TIME

COMES NOW Appellant, by and through his attorney of record, David W. Barlow, and in accordance with Rule 10.5(b) of the Texas Rules of Appellate Procedure, hereby requests an extension of time in which to file the Appellant's brief and would respectfully show:

1. Name of Trial Court: Criminal District Court

2. Trial Court Style: No. 12-15267, *State v. Jordan Campbell*

3. Offense: Burglary of a Building

4. Punishment assessed: 2 years State Jail

5. Present Filing Deadline: March 26, 2015

6. Length of Extension Requested: 30 days

7. Number of Previous Extensions: None

8. Good Cause for this Extension is as follows: Counsel previously filed a Designation of Record with the Jefferson County District Clerk designating the items to be included on the Clerk's Record on appeal. The clerk has not included two amended motions to revoke probation filed in this case with the District Clerk, upon which the trial court conducted hearings. Counsel has sent a letter to the District Clerk requesting that a supplemental Clerk's Record be prepared to include the missing motions and be filed with this Honorable Court. The letter is attached hereto.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully prays for the requested extension.

Respectfully submitted,

/s/ David W. Barlow
DAVID W. BARLOW
ATTORNEY FOR APPELLANT
Edison Plaza
350 Pine Street, Suite 315
Beaumont, Texas 77701
Telephone: (409) 838-2168
Facsimile: (409) 838-3145
david.barlow@davidwbarlow.com
Texas Bar No. 00793305

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing motion was served upon the Office of the Criminal District Attorney, Jefferson County Courthouse, by electronic service this 25th day of March, 2015.

/s/ David W. Barlow
DAVID W. BARLOW

# DAVID W. BARLOW

ATTORNEY AT LAW

550 FANNIN, SUITE 710

BEAUMONT, TEXAS 77701

———

PHONE (409) 838-2168

FACSIMILE (409) 838-3145

March 25, 2015

Mr. Jamie Smith
Jefferson County District Clerk
1085 Pearl, Suite 203
Beaumont, Texas 77701

RE:    Designation of Record, *State of Texas v. Jordan Campbell*, Cause No. 12-15267

Dear Mr. Smith:

I write to request that a supplemental Clerk's Record be prepared and filed in the above captioned cause. I previously filed a Designation of Record herein on January 16, 2015, wherein I designated numerous items to be included in the Clerk's Record on appeal. One of the items requested was all pleadings of the parties. According to the docket sheet, a first amended motion to revoke probation was filed on July 7, 2014. A second amended motion to revoke probation was filed October 3, 2014. The trial court held hearings on both of these motions. The motions are not included in the Clerk's Record on appeal.

Please prepare a supplemental record containing these two items and file it with the First Court of Appeals.

Should you need any additional information, please do not hesitate to contact me. I thank you in advance for your usual courtesies.

Sincerely,

David W. Barlow

DWB/dlb